Appeal No. 25-3061

# IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

**JUSTIN SPIEHS**
Plaintiff-Appellant

vs.

**LISA LARSEN, et al.,**
Defendants-Appellees.

APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS
THE HONORABLE JULIE A. ROBINSON, JUDGE
DISTRICT COURT CASE NO. 5:23-CV-04108-JAR

**MOTION FOR APPENDIX EXEMPTION UNDER 10TH CIR. R. 30.3(B)**

Respectfully submitted,

John E. Franke
Franke Schultz & Mullen, P.C.
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100
jfranke@fsmlawfirm.com

May 13, 2025
Attorney for Defendants-Appellees

**Fed. R. App. P. Rule 27.1 Disclosure of Opponent's Position**

Appellant's counsel has been contacted with regard to the relief sought and Appellant objects to this Motion.

**Motion for Appendix Exemption for**
**Particular Documents**

Appellees, by and through their attorneys, pursuant to 10th Cir. R. 30.3(B), hereby request that this honorable Court allow Appellees to submit nine video exhibits via SharePoint for their supplemental appendix:

- Verified recording of October 11, 2022 City Commission meeting (Aptl. App. 1:137-155 only has a hyperlink);

- Verified recording of October 18, 2022 City Commission meeting (Aptl. App. 1:137-155 only has a hyperlink).

- Verified recording of February 14, 2023 City Commission meeting (Aptl. App. 1:137-155 only has a hyperlink).

- Verified recording of March 21, 2023 City Commission meeting (Aptl. App. 1:137-155 only has a hyperlink).

- Verified recording of July 18, 2023 City Commission meeting (Aptl. App. 1:137-155 only has a hyperlink).

- Verified recording on October 17, 2023 City Commission meeting (Aptl. App. 1:137-155 only has a hyperlink).

- Verified recording of November 7, 2023 City Commission meeting (Aptl. App. 1:137-155 only has a hyperlink).

- Verified recording of January 9, 2024 City Commission meeting (Aptl. App. 1:137-155 only has a hyperlink).

- Recording of September 10, 2024 City Commission meeting (Aptl. App. 3:27 only has a hyperlink).

All of these videos were submitted to the District Court via hyperlink. Aptl. App. 1:137-155; 3:27. The District Court expressly cited and relied upon the YouTube videos for October 11, 2022, and July 18, 2023. *See Spiehs v. Larsen, et al.*, No. 23-cv-04107, ECF # 95, n.15 (noting the District Court reviewed the YouTube videos).

These exhibits are videos of the underlying conduct at issue in the appeal, and thus relevant for the Court's consideration. The parties have stipulated to the authenticity and foundation of all these exhibits save the video for September 10, 2024. *See Spiehs v. Larsen, et al.*, No. 23-cv-04107, ECF # 81 (Pretrial Order at Section 2(b)). They were submitted as Exhibits in Appellant's Motion for Partial Summary Judgment, Appellees' Motion for Summary Judgment, and the Oppositions and Replies thereto, and relied upon by the District Court for the District of Kansas. *See Spiehs v. Larsen, et al.*, No. 23-cv-04107, ECF # 83, 85, 87, 88, 89, 91. The hyperlink related to these exhibits, but not the videos themselves, are cited by Appellant in his opening brief

3

and included in his Appendix. *See*, ECF # 18 at 28[1]; Aptl. App. 1:137-155; 3:27.

Appellees contend the videos of the October 11, 2022, and July 18, 2023, meetings are the most reliable and comprehensive evidence available for understanding the circumstances surrounding the events in this appeal. It is crucial for the Court to review the full footage of the October 11, 2022, and July 18, 2023, meetings to gain a complete understanding of the interactions, including the context of the other topics discussed by other speakers. Likewise, Appellant relies upon his memory of the meetings on October 18, 2022, February 14, 2023, March 21, 2023, October 17, 2023, November 7, 2023, January 9, 2024, and September 10, 2024. ECF # 18 at 17, Aptl. App.1:12, 1:14. Watching the videos is necessary to fully appreciate the context and the videos will provide clarity on the matter and allow the Court to assess the events in their entirety.

---

[1] Appellees cite to the ECF page number, not Appellant's numbering.

## CONCLUSION

For the reasons outlined above, the Appellees respectfully request that this Court permit an appendix exemption and allow Appellees to submit nine video exhibits via SharePoint.

# CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Fed. R. App. P. 27(d) and the word limit of Fed. R. App. P. 27(d)(2)(A) because this document contains 547 words.

This document complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because:

[X] this document has been prepared in a proportionally spaced typeface using Century Schoolbook in 14- point font or

                                        Respectfully submitted,

                                        /s/ *Charles H. Cooper*

                                        Franke Schultz & Mullen, P.C.
                                        8900 Ward Parkway
                                        Kansas City, MO 64114
                                        (816) 421-7100
                                        jfranke@fsmlawfirm.com

May 13, 2025                          Attorney for Defendants-Appellees

# CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) all required privacy redactions have been made pursuant to 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents; and

(3) the digital submissions have been scanned for viruses with the most recent version of a virus scanning program, NordVPN, Version 7.23, updated on May 12, 2025, and according to the program are free of viruses.

 

Respectfully submitted,

/s/ *Charles H. Cooper*

Franke Schultz & Mullen, P.C.
8900 Ward Parkway
Kansas City, MO 64114
(816) 421-7100
jfranke@fsmlawfirm.com

May 13, 2025                                  Attorney for Defendants-Appellees

# **CERTIFICATE OF SERVICE**

 It is hereby certified that on May 13, 2025, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such to the following:

Linus L. Baker
6732 W. 185th Terrace
Stilwell, KS 66085-8922
P: 913-486-3913
linusbaker@prodigy.net

          Respectfully submitted,

          /s/ *Charles H. Cooper*

          Franke Schultz & Mullen, P.C.
          8900 Ward Parkway
          Kansas City, MO 64114
          (816) 421-7100
          jfranke@fsmlawfirm.com
May 13, 2025        Attorney for Defendants-Appellees